STATE EX REL. ALBEMARLE CHILD SUPPORT
   ENF. v. LAMBERT

No. 141P96

Case below: 121 N.C. App. 628

Motion by plaintiff to dismiss the appeal for lack of substantial constitutional question allowed 5 September 1996. Petition by defendant (Pro Se) for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

TAHA v. THOMPSON

No. 33P96

Case below: 120 N.C. App. 697

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996. Petition by defendants for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

THOMPSON v. PILSON

No. 276P96

Case below: 122 N.C. App. 581

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

VESTAL v. NEWMAN

No. 172P96

Case below: 122 N.C. App. 196

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 September 1996.

WARD v. DOE

No. 256P96

Case below: 122 N.C. App. 401

Petition by plaintiffs for writ of certiorari to review the decision of the North Carolina Court of Appeals denied 5 September 1996.